ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ArcSoft, Inc., dba as Closeli and as simplicam.<br><br>　　　　Defendant. | Case No. __'15CV0056 JAH  JMA__<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff e.Digital Corporation ("e.Digital" or "Plaintiff"), by and through its undersigned counsel, complains and alleges against Defendant ArcSoft Inc., dba as Closeli and as simplicam (hereafter referred to as "ArcSoft" or "Defendant") as follows:

## NATURE OF THE ACTION

1.　　This is a civil action for infringement of a patent arising under the laws of the United States relating to patents, 35 U.S.C. § 101, *et seq.*, including, without limitation, 35 U.S.C. §§ 271, 281. Plaintiff e.Digital seeks a preliminary and permanent injunction and monetary damages for patent infringement.

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

**JURISDICTION AND VENUE**

2.     This court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the patent laws of the United States of America, 35 U.S.C. § 101, *et seq.*

3.     Venue properly lies within the Southern District of California pursuant to the provisions of 28 U.S.C. §§ 1391(b), (c), and (d) and 1400(b).  On information and belief, Defendant conducts substantial business directly and/or through third parties or agents in this judicial district by selling and/or offering to sell the infringing products and/or by conducting other business in this judicial district.   Furthermore, Plaintiff e.Digital is headquartered and has its principal place of business in this district, engages in business in this district, and has been harmed by Defendant's conduct, business transactions and sales in this district.

4.     This Court has personal jurisdiction over Defendant because, on information and belief, Defendant transacts continuous and systematic business within the State of California and the Southern District of California.  In addition, this Court has personal jurisdiction over the Defendant because, on information and belief, this lawsuit arises out of Defendant's infringing activities, including, without limitation, the making, using, selling and/or offering to sell infringing products in the State of California and the Southern District of California.  Finally, this Court has personal jurisdiction over Defendant because, on information and belief, Defendant has made, used, sold and/or offered for sale its infringing products and placed such infringing products in the stream of interstate commerce with the expectation that such infringing products would be made, used, sold and/or offered for sale within the State of California and the Southern District of California.

5.     Upon information and belief, certain of the products manufactured by or for Defendant have been and/or are currently sold and/or offered for sale at, among other places, the Defendant's website located at http://www.simplicam.com

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                   -2-

to consumers including, but not limited to, consumers located within the State of California, and County of San Diego.

## PARTIES

6.      Plaintiff e.Digital is a Delaware corporation with its headquarters and principal place of business at 16870 West Bernardo Drive, Suite 120, San Diego, California 92127.

7.      Upon information and belief, Defendant ArcSoft is a corporation registered and lawfully existing under the laws of the State of California, with an office and principal place of business located at 46601 Fremont Blvd, Fremont, CA 94538.

8.      Upon information and belief, ArcSoft does business under different names including but not limited to the brand name of Closeli.

9.      Upon information and belief, ArcSoft does business under different names including but not limited to the brand name of simplicam.

## THE ACCUSED PRODUCTS

10.     The Defendant's accused products for purposes of the asserted patents include but are not limited to the Defendant's simplicam branded wireless camera systems, which include, without limitation, Defendant's Closeli subscription Recording Services and server for remote monitoring and communication.

11.     By way of example, information about and demonstration videos showing how to infringe the asserted patents are posted by Defendant on its website(s) and/or public websites.[1]

12.     Defendant also provides operating manuals, user or installation

---

[1] *See, e.g.,* https://closeli.desk.com; http://www.simplicam.com; and/or https://www.facebook.com/video.php?v=7063997461241311&set=vb.51273777882 3663&type=3&theater

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

guides, instructional/informational videos on its website(s)[2] that instruct customers and end-users on how to purchase the Defendant's simplicam cameras and set them up in conjunction with the Defendant's Closeli servers.  Among other things, the Defendant provides informational materials that lays out step-by-step instructions on how to set up an apparatus or system that infringes the asserted claims of the asserted patents on its website including but no limited to the website located at

13.    Plaintiff believes and thereupon alleges that Defendant is aware that its customers and end-users are using the accused products in an infringing manner based on, among other things: 1) the discussions, questions, answers, and/or comments posted on its websites, its youtube website, Twitter account website[3] where Defendant's authorized agents, customers and/or end-users discuss and disclose the use of the accused products, a process which Defendant knows infringes upon patent; and/or, 2) the fact that Defendant encourages its customers and end-users to use the accused products in an infringing manner as set forth herein including but not limited to offering every purchaser of a Defendant a free trial subscription to its cloud-based services.

## THE ASSERTED PATENTS

14.    On November 6, 2012, the United States and Trademark office, duly and legally issued United States Patent No. 8,306,514, entitled "System and Method for Managing Mobile Communications" ("the '514 patent").  The patent's

---

[2] *See, e.g.,* http://www.simplicam.com/support/ and/or https://closeli.desk.com and other public websites such as:
https://www.youtube.com/watch?v=BVXGkW4amk8
and/or, https://www.youtube.com/watch?v=m88EFb5BDS8

[3] *See, e.g.,* https://twitter.com/simplicam and/or Facebook website(s) located at https://www.facebook.com/simplicam and/or
https://www.facebook.com/closeliservices

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                    -4-

named invertor is Patrick Nunally and Plaintiff e.Digital is assignee and owner of the entire right, title and interest in and to the '514 patent and vested with the right to bring this suit for damages and other relief.  A true and correct copy of the '514 patent is attached hereto as Exhibit "A".

15.    On November 13, 2012, the United States and Trademark office, duly and legally issued United States Patent No. 8,311,522, entitled "System and Method for Managing Mobile Communications" ("the '522 patent").  The patent's named invertor is Patrick Nunally and Plaintiff e.Digital is assignee and owner of the entire right, title and interest in and to the '522 patent and vested with the right to bring this suit for damages and other relief.  A true and correct copy of the '522 patent is attached hereto as Exhibit "B".

16.    On November 13, 2012, the United States and Trademark office, duly and legally issued United States Patent No. 8,311,523, entitled "System and Method for Managing Mobile Communications" ("the '523 patent").  The patent's named invertor is Patrick Nunally and Plaintiff e.Digital is assignee and owner of the entire right, title and interest in and to the '523 patent and vested with the right to bring this suit for damages and other relief.  A true and correct copy of the '523 patent is attached hereto as Exhibit "C".

17.    On November 13, 2012, the United States and Trademark office, duly and legally issued United States Patent No. 8,311,524, entitled "System and Method for Managing Mobile Communications" ("the '524 patent").  The patent's named invertor is Patrick Nunally and Plaintiff e.Digital is assignee and owner of the entire right, title and interest in and to the '524 patent and vested with the right to bring this suit for damages and other relief.  A true and correct copy of the '524 patent is attached hereto as Exhibit "D".

18.    On November 20, 2012, the United States and Trademark office, duly and legally issued United States Patent No. 8,315,619, entitled "System and Method for Managing Mobile Communications" ("the '619 patent").  The patent's

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                            -5-

named invertor is Patrick Nunally and Plaintiff e.Digital is assignee and owner of the entire right, title and interest in and to the '619 patent and vested with the right to bring this suit for damages and other relief.  A true and correct copy of the '619 patent is attached hereto as Exhibit "E".

## COUNT ONE

## INFRINGEMENT OF THE '514 PATENT BY DEFENDANT

19.    Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 18 above.

20.    Defendant has knowledge of infringement of the '514 patent since at least the filing of this complaint.

21.    The accused products, alone or in combination with other products, directly or alternatively under the doctrine of equivalents practice each of the limitations of claims 1, 3, 5, 6, 14, 16, 30, and 33 of the '514 patent in violation of 35 U.S.C. § 271(a).

22.    Defendant's product literature, materials and instructional videos advertise and encourage customers to use the accused product(s) for remote monitoring, which utilizes the devices described by the '514 patent and in a manner Defendant knows infringes the patent.

23.    Plaintiff thereupon alleges on information and belief that Defendant has, in the United States, without authority, actively induced and continues to actively induce infringement of claims 1, 3, 5, 6, 14, 16, 30, and 33 of the '514 patent in violation of 35 U.S.C. § 271(b).   In particular, Plaintiff alleges that the claims of the '514 patent are directly infringed by Defendant in violation of 35 U.S.C. § 271(a) in the course of their normal use.  Also, Defendant encourages others to directly infringe the claims of the '514 patent by among other things, advertising and promoting the sale and use of the accused products.  Plaintiff also alleges that Defendant has knowingly induced and continues to induce infringement of the '514 patent by providing operating manuals, guides,

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                                    -6-

1   instructional and /or informational videos and other materials designed to instruct
2   others how to use the products in an infringing manner as more fully described
3   herein.

4        24.    Plaintiff similarly alleges upon information and belief that Defendant,
5   without authority, has contributed and continues to contribute to the infringement
6   of claims 1, 3, 5, 6, 14, 16, 30, and 33 patent in violation of 35 U.S.C. § 271(c) by
7   importing into the United States, selling and/or offering to sell within the United
8   States accused products that it knows (a) infringe the aforementioned claims of the
9   '514 patent by embodying a System and Method for Managing Mobile
10  Communications which includes Defendant's wireless camera systems, and
11  without limitation, Defendant's server and subscription services for remote
12  monitoring and communication as material components of the accused products,
13  (b) which were made and/or especially adapted for use in the accused products, (c)
14  which the Defendant knows to be especially adapted for use in infringing the '514
15  patent, and (d) are not staple articles of commerce suitable for substantial non-
16  infringing use with respect to the '514 patent.

17       25.    Plaintiff is informed and believes that Defendant sells, ships or
18  otherwise delivers the accused products in the United States with all the features
19  required to infringe the asserted claims of the '514 patent and that the accused
20  products are designed to practice the infringing features.

21       26.    Plaintiff has thus been irreparably harmed by these acts of
22  infringement and has no adequate remedy at law.   Plaintiff asserts upon
23  information and belief that infringement of the '514 patent is ongoing and will
24  continue unless Defendant is enjoined from further infringement by the court.

25                            **COUNT TWO**

26       **INFRINGEMENT OF THE '522 PATENT BY DEFENDANT**

27       27.    Plaintiff re-alleges and incorporates by reference each of the
28  allegations set forth in paragraphs 1 through 18 above.

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                    -7-

28.    Defendant has knowledge of infringement of the '522 patent since at least the filing of this complaint.

29.    The accused products, alone or in combination with other products, directly or alternatively under the doctrine of equivalents practice each of the limitations of claims 1, 3, 6, 17, 21, 22, 23, 24 and 25 of the '522 patent in violation of 35 U.S.C. § 271(a).

30.    Defendant's product literature, materials and instructional videos advertise and encourage customers to use the accused product(s) for remote monitoring, which utilizes the devices described by the '522 patent and in a manner Defendant knows infringes the patent.

31.    Plaintiff thereupon alleges on information and belief that Defendant has, in the United States, without authority, has actively induced and continues to actively induce infringement of claims 1, 3, 6, 17, 21, 22, 23, 24 and 25 of the '522 patent in violation of 35 U.S.C. § 271(b).   In particular, Plaintiff alleges that the claims of the '522 patent are directly infringed by Defendant in violation of 35 U.S.C. § 271(a) in the course of their normal use.  Also, Defendant encourages others to directly infringe the claims of the '522 patent by among other things, advertising and promoting the sale and use of the accused products.  Plaintiff also alleges that Defendant has knowingly induced and continues to induce infringement of the '522 patent by providing operating manuals, guides, instructional and /or informational videos and other materials designed to instruct others how to use the products in an infringing manner as more fully described herein.

32.    Plaintiff similarly alleges upon information and belief that Defendant, without authority, has contributed and continues to contribute to the infringement of claims 1, 3, 6, 17, 21, 22, 23, 24 and 25 of the '522 patent in violation of 35 U.S.C. § 271(c) by importing into the United States, selling and/or offering to sell within the United States accused products that it knows (a) infringe the

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                                                                   -8-

aforementioned claims of the '522 patent by embodying a System and Method for Managing Mobile Communications which includes Defendant's wireless camera systems, and without limitation, Defendant's server and subscription services for remote monitoring and communication as material components of the accused products, (b) which were made and/or especially adapted for use in the accused products, (c) which the Defendant knows to be especially adapted for use in infringing the '522 patent, and (d) are not staple articles of commerce suitable for substantial non-infringing use with respect to the '522 patent.

33.     Plaintiff is informed and believes that Defendant sells, ships or otherwise delivers the accused products in the United States with all the features required to infringe the asserted claims of the '522 patent and that the accused products are designed to practice the infringing features.

34.     Plaintiff has thus been irreparably harmed by these acts of infringement and has no adequate remedy at law.    Plaintiff asserts upon information and belief that infringement of the '522 patent is ongoing and will continue unless Defendant is enjoined from further infringement by the court.

## COUNT THREE

## INFRINGEMENT OF THE '523 PATENT BY DEFENDANT

35.     Plaintiff re-alleges and incorporates by reference each of the allegations set forth in paragraphs 1 through 18 above.

36.     Defendant has knowledge of infringement of the '523 patent since at least the filing of this complaint.

37.     The accused products, alone or in combination with other products, directly or alternatively under the doctrine of equivalents practice each of the limitations of claims 1, 3, 8, 10, 19, 23, and 26 of the '523 patent in violation of 35 U.S.C. § 271(a).

38.     Defendant's product literature, materials and instructional videos advertise and encourage customers to use the accused product(s) for remote

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:   619.544.6400
FAX:   619.696.0323

*COMPLAINT*                                                    -9-

1  monitoring, which utilizes the devices described by the '523 patent and in a
2  manner Defendant knows infringes the patent.

3      39.    Plaintiff thereupon alleges on information and belief that Defendant
4  has, in the United States, without authority, has actively induced and continues to
5  actively induce infringement of claims 1, 3, 8, 10, 19, 23, and 26 of the '523 patent
6  in violation of 35 U.S.C. § 271(b).   In particular, Plaintiff alleges that the claims of
7  the '523 patent are directly infringed by Defendant in violation of 35 U.S.C. §
8  271(a) in the course of their normal use.  Also, Defendant encourages others to
9  directly infringe the claims of the '523 patent by among other things, advertising
10 and promoting the sale and use of the accused products.  Plaintiff also alleges that
11 Defendant has knowingly induced and continues to induce infringement of the
12 '523 patent by providing operating manuals, guides, instructional and /or
13 informational videos and other materials designed to instruct others how to use the
14 products in an infringing manner as more fully described herein.

15     40.    Plaintiff similarly alleges upon information and belief that Defendant,
16 without authority, has contributed and continues to contribute to the infringement
17 of claims 1, 3, 8, 10, 19, 23, and 26 of the '523 patent in violation of 35 U.S.C. §
18 271(c) by importing into the United States, selling and/or offering to sell within the
19 United States accused products that it knows (a) infringe the aforementioned
20 claims of the '523 patent by embodying a System and Method for Managing
21 Mobile Communications which includes Defendant's wireless camera systems, and
22 without limitation, Defendant's server and subscription services for remote
23 monitoring and communication as material components of the accused products,
24 (b) which were made and/or especially adapted for use in the accused products, (c)
25 which the Defendant knows to be especially adapted for use in infringing the '523
26 patent, and (d) are not staple articles of commerce suitable for substantial non-
27 infringing use with respect to the '523 patent.

28     41.    Plaintiff is informed and believes that Defendant sells, ships or

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                    -10-

1  otherwise delivers the accused products in the United States with all the features

2  required to infringe the asserted claims of the '523 patent and that the accused

3  products are designed to practice the infringing features.

4      42.    Plaintiff has thus been irreparably harmed by these acts of

5  infringement and has no adequate remedy at law.   Plaintiff asserts upon

6  information and belief that infringement of the '523 patent is ongoing and will

7  continue unless Defendant is enjoined from further infringement by the court.

8  **COUNT FOUR**

9  **INFRINGEMENT OF THE '524 PATENT BY DEFENDANT**

10      43.    Plaintiff re-alleges and incorporates by reference each of the

11  allegations set forth in paragraphs 1 through 18 above.

12      44.    Defendant has knowledge of infringement of the '524 patent since at

13  least the filing of this complaint.

14      45.    The accused products, alone or in combination with other products,

15  directly or alternatively under the doctrine of equivalents practice each of the

16  limitations of claims 1 and 7 of the '524 patent in violation of 35 U.S.C. § 271(a).

17      46.    Defendant's product literature, materials and instructional videos

18  advertise and encourage customers to use the accused product(s) for remote

19  monitoring, which utilizes the devices described by the '524 patent and in a

20  manner Defendant knows infringes the patent.

21      47.    Plaintiff thereupon alleges on information and belief that Defendant

22  has, in the United States, without authority, actively induced and continues to

23  actively induce infringement of claims 1 and 7of the '524 patent in violation of 35

24  U.S.C. § 271(b).   In particular, Plaintiff alleges that the claims of the '524 patent

25  are directly infringed by Defendant in violation of 35 U.S.C. § 271(a) in the course

26  of their normal use.   Also, Defendant encourages others to directly infringe the

27  claims of the '524 patent by among other things, advertising and promoting the

28  sale and use of the accused products.   Plaintiff also alleges that Defendant has

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

1  knowingly induced and continues to induce infringement of the '524 patent by

2  providing operating manuals, guides, instructional and /or informational videos and

3  other materials designed to instruct others how to use the products in an infringing

4  manner as more fully described herein.

5  48.    Plaintiff similarly alleges upon information and belief that Defendant,

6  without authority, has contributed and continues to contribute to the infringement

7  of claims 1 and 7 of the '524 patent in violation of 35 U.S.C. § 271(c) by importing

8  into the United States, selling and/or offering to sell within the United States

9  accused products that it knows (a) infringe the aforementioned claims of the '524

10  patent by embodying a System and Method for Managing Mobile Communications

11  which includes Defendant's wireless camera systems, and without limitation,

12  Defendant's server and subscription services for remote monitoring and

13  communication as material components of the accused products, (b) which were

14  made and/or especially adapted for use in the accused products, (c) which the

15  Defendant knows to be especially adapted for use in infringing the '524 patent, and

16  (d) are not staple articles of commerce suitable for substantial non-infringing use

17  with respect to the '524 patent.

18  49.    Plaintiff is informed and believes that Defendant sells, ships or

19  otherwise delivers the accused products in the United States with all the features

20  required to infringe the asserted claims of the '524 patent and that the accused

21  products are designed to practice the infringing features.

22  50.    Plaintiff has thus been irreparably harmed by these acts of

23  infringement and has no adequate remedy at law.    Plaintiff asserts upon

24  information and belief that infringement of the '524 patent is ongoing and will

25  continue unless Defendant is enjoined from further infringement by the court.

26  ## COUNT FIVE

27  ## INFRINGEMENT OF THE '619 PATENT BY DEFENDANT

28  51.    Plaintiff re-alleges and incorporates by reference each of the

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                                      -12-

1   allegations set forth in paragraphs 1 through 18 above.

2          52.    Defendant has knowledge of infringement of the '619 patent since at

3   least the filing of this complaint.

4          53.    The accused products, alone or in combination with other products,

5   directly or alternatively under the doctrine of equivalents practice each of the

6   limitations of claims 1, 3, 8, 19, 23, and 32 of the '619 patent in violation of 35

7   U.S.C. § 271(a).

8          54.    Defendant's product literature, materials and instructional videos

9   advertise and encourage customers to use the accused product(s) for remote

10  monitoring, which utilizes the devices described by the '619 patent and in a

11  manner Defendant knows infringes the patent.

12         55.    Plaintiff thereupon alleges on information and belief that Defendant

13  has, in the United States, without authority, actively induced and continues to

14  actively induce infringement of claims 1, 3, 8, 19, 23, and 32 of the '619 patent in

15  violation of 35 U.S.C. § 271(b).   In particular, Plaintiff alleges that the claims of

16  the '619 patent are directly infringed by Defendant in violation of 35 U.S.C. §

17  271(a) in the course of their normal use.   Also, Defendant encourages others to

18  directly infringe the claims of the '619 patent by among other things, advertising

19  and promoting the sale and use of the accused products.   Plaintiff also alleges that

20  Defendant has knowingly induced and continues to induce infringement of the

21  '619 patent by providing operating manuals, guides, instructional and /or

22  informational videos and other materials designed to instruct others how to use the

23  products in an infringing manner as more fully described herein.

24         56.    Plaintiff similarly alleges upon information and belief that Defendant,

25  without authority, has contributed and continues to contribute to the infringement

26  of claims 1, 3, 8, 19, 23, and 32 of the '619 patent in violation of 35 U.S.C. §

27  271(c) by importing into the United States, selling and/or offering to sell within the

28  United States accused products that it knows (a) infringe the aforementioned

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                        -13-

claims of the '619 patent by embodying a System and Method for Managing Mobile Communications which includes Defendant's wireless camera systems, and without limitation, Defendant's server and subscription services for remote monitoring and communication as material components of the accused products, (b) which were made and/or especially adapted for use in the accused products, (c) which the Defendant knows to be especially adapted for use in infringing the '619 patent, and (d) are not staple articles of commerce suitable for substantial non-infringing use with respect to the '619 patent.

57. Plaintiff is informed and believes that Defendant sells, ships or otherwise delivers the accused products in the United States with all the features required to infringe the asserted claims of the '619 patent and that the accused products are designed to practice the infringing features.

58. Plaintiff has thus been irreparably harmed by these acts of infringement and has no adequate remedy at law. Plaintiff asserts upon information and belief that infringement of the '619 patent is ongoing and will continue unless Defendant is enjoined from further infringement by the court.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment as follows:

1. That Defendant be declared to have infringed the Patents-in-Suit;

2. That Defendant, Defendant's officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the Patents-in-Suit, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within and without the United States;

3. Compensation for all damages caused by Defendant's infringement of the Patents-in-Suit to be determined at trial;

4. A finding that this case is exceptional and an award of reasonable attorneys fees pursuant to 35 U.S.C. § 285;

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*COMPLAINT* -14-

1      5.      Granting Plaintiff pre-and post-judgment interest on its damages,

2  together with all costs and expenses; and,

3      6.      Awarding such other relief as this Court may deem just and proper.

4                          **HANDAL & ASSOCIATES**

5  Dated:  January 12, 2015        By:  /s/Anton N. Handal
                                        Anton N. Handal
6                                       Pamela C. Chalk
                                        Gabriel G. Hedrick
7                                       Attorneys for Plaintiff
                                        e.Digital Corporation
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                          -15-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all claims.

**HANDAL & ASSOCIATES**

Dated:  January 12, 2015

By:  /s/Anton N. Handal
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
e.Digital Corporation

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                          -16-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this  12th day of January 2015 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated:  January 12, 2015

By:  /s/Anton N. Handal
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
e.Digital Corporation

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL:  619.544.6400
FAX:  619.696.0323

*COMPLAINT*                                      -17-