U.S. Patent No. 8,311,522 ("the '522 Patent")

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 1<br><br>    A system to automatically **provide differing levels of information** according to a predetermined social hierarchy, the system comprising:<br>a communication device<br>    comprising a sensor set which detects sensor data comprising a **first detected sensor value** comprising an amount of light of the environment of the communication device from an optical sensor and a **second detected sensor value** comprising a sound level of the environment of the communication | | **"provide/provides/ providing differing levels of information"**: plain and ordinary meaning<br><br><br><br><br><br>**"first detected sensor value"**: plain and ordinary meaning<br><br><br><br><br><br><br><br>**"second detected sensor value"**: plain and ordinary meaning | **"provide/provides/ providing differing levels of information"**: "send/ sends/sending information in varying levels of granularity"<br><br>**"first detected sensor value"**: "one of multiple possible light measurements between a high and low value used to develop a social signature."<br><br>**"second detected sensor value"**: "one of multiple possible acoustic measurements between a high and | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| device from an acoustic sensor, and transmits the sensor data; a memory which stores **social templates**, each **social template** corresponding to a **unique social signature** comprising a first **sensor value range** and a second **sensor value range** other than the first **sensor value range** and each **social template** being selectable to provide, for each level of the predetermined **social hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; and a server comprising a processor which | | **"social template"**: "parameters and/or information for analysis of social signatures"<br><br>**"unique social signature"**: "social signature associated with a specific social template at the time of processing"<br><br>**"sensor value range"**: plain and ordinary meaning<br><br>**"social hierarchy"**: "an arrangement of persons, things, information and/or | low value used to develop a social signature."<br><br>**"social template"**: "data structure storing a social signature and a social hierarchy"<br><br>**"unique social signature"**: "combination of sensor data indicative of a type of activity and that is unique"<br><br>**"sensor value range"**: "range of measurements between two values"<br><br>**"social hierarchy"**: "ordered ranking of social groups defined within each social | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| receives the sensor data from the communication device, creates a detected **social signature** from the received sensor data, determines which of the **social signatures** of the stored **social templates** has a greatest correspondence with the created **social signature** through comparison of the **first and second detected sensor values** and the first and second **sensor value ranges** of each stored **social template**, retrieves from the memory the determined one **social template** having the greatest correspondence and having the detected amount of light within the first **sensor value** | | operations in a series of levels"<br><br>**"information"**: plain and ordinary meaning<br><br>**"social signature"**: "raw or processed data and/or other information based on sensors" | template"<br><br>**"information"**: "a report about a single event that results from comparison of sensor data with social templates"<br><br>**"social signature"**: "combination of sensor data indicative of a type of activity" | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **range** and the detected sound level within the second **sensor value range**, and provides to at least one member of the predetermined **social hierarchy** only as much **information** as allowed based on the retrieved **social template**.<br><br>Claim 3<br><br>The system of claim 1, wherein:<br>the levels of the **social hierarchy** of the retrieved **social template** include:<br>a first **social hierarchy** level which provides one level of **information** as selected in the retrieved **social** | | | | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **template**, a second **social hierarchy** level which provides another level of **information** as selected in the retrieved **social template**, and a third **social hierarchy** level which provides a further level of **information** as selected in the retrieved **social template**; and the processor detects to which of the first **social hierarchy** level, the second **social hierarchy** level, and the third **social hierarchy** level each member belongs, and provides only as much **information** as allowed by the detected | | | | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **social hierarchy** level.<br><br>Claim 6<br><br>The system of claim 1, wherein the server further comprises a transceiver which receives the sensor data sent from the communication device.<br><br>Claim 17<br><br>A method of automatically **providing differing levels of information** according to a predetermined **social hierarchy**, the method comprising:<br>constructing a **social signature** using sensor data sensed by a sensor set in a communication device, the sensor data comprising a **first** | | | | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **detected sensor value** comprising optical information from an optical sensor of the communication device which detects an amount of light of an environment of the communication device and a **second detected sensor value** comprising acoustic information from an acoustic sensor of the communication device which detects a sound level of the environment of the communication device; determining which one of a plurality of **social templates** has a **social signature** with a greatest correspondence with the constructed **social signature** | | | | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| through comparison of the **first and second detected sensor values** and first and second **sensor value ranges** of each **social template**, each **social template** corresponding to a **unique social signature** comprising corresponding first and second **sensor value ranges** and each **social template** being selectable to provide, for each level of the predetermined **social hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; retrieving from a memory the determined one **social template** having | | | | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| the greatest correspondence and having the detected amount of light within the first **sensor value range**, and the detected sound level within the second **sensor value range**; and providing to at least one member of the predetermined **social hierarchy** only as much **information** as allowed based on the retrieved **social template**.<br><br>Claim 21<br><br>A non-transitory computer readable medium encoded with processing instructions to implement the method of claim 17 executed by one or more processors. | | | | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 22<br><br>The method of claim 17, further comprising detecting the sensor data using the sensor set, and sending the detected sensor data through a transceiver of the communication device to a server, wherein the server constructs the **social signature** using the sensor data received through the transceiver and transmits the retrieved **social template** to the communication device through the transceiver.<br><br>Claim 23<br><br>The method of claim 22, wherein the communication device provides to the at least one | | | | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| member of the predetermined **social hierarchy** only as much **information** as allowed based on the retrieved **social template** transmitted from the server.<br><br>Claim 24<br><br>    The method of claim 17, further comprising detecting the sensor data using the sensor set, and sending the detected sensor data through a transceiver of the communication device to a server, wherein the server constructs the **social signature** using the sensor data received through the transceiver.<br><br>Claim 25<br><br>    The method of claim 24, | | | | |

| '522 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| wherein the server provides to the at least one member of the predetermined **social hierarchy** only as much **information** as allowed based on the retrieved **social template**. | | | | |

U.S. Patent No. 8,306,514 ("the '514 Patent")

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 1<br><br>A system to automatically **provide differing levels of information** according to a predetermined **social hierarch**y, comprising:<br>a communication device comprising a sensor set which detects sensor data including a **first detected sensor value** comprising an amount of light of an environment of the communication device detected by an optical sensor and a **second detected sensor value** comprising a sound level of the environment of the communication device detected by an | | **"provide/provides/ providing differing levels of information"**: plain and ordinary meaning<br><br><br><br><br>**"first detected sensor value"**: plain and ordinary meaning<br><br><br><br><br><br><br><br>**"second detected sensor value"**: plain and ordinary meaning | **"provide/provides/ providing differing levels of information"**: "send/ sends/sending information in varying levels of granularity"<br><br>**"first detected sensor value"**: "one of multiple possible light measurements between a high and low value used to develop a social signature."<br><br>**"second detected sensor value"**: "one of multiple possible acoustic measurements | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| acoustic sensor, and transmits the detected sensor data; a memory which stores **social templates**, each **social template** corresponding to a **unique social signature** comprising a first **sensor value range** and a second **sensor value range** other than the first **sensor value range** and each **social template** being selectable to provide, for each level of the predetermined **social hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; and a server comprising a processor which | | **"social template"**: "parameters and/or information for analysis of social signatures" **"unique social signature"**: "social signature associated with a specific social template at the time of processing" **"sensor value range"**: plain and ordinary meaning **"social hierarchy"**: "an arrangement of persons, things, | between a high and low value used to develop a social signature." **"social template"**: "data structure storing a social signature and a social hierarchy" **"unique social signature"**: "combination of sensor data indicative of a type of activity and that is unique" **"sensor value range"**: "range of measurements between two values" **"social hierarchy"**: "ordered ranking of social groups defined | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| receives the sensor data transmitted from the communication device, creates a detected **social signature** from the received sensor data, determines which of the **social signatures** of the stored **social templates** has a greatest correspondence with the created **social signature** through comparison of the **first and second detected sensor values** and the first and second **sensor value ranges** of each stored **social template,** retrieves from the memory the determined one **social template** having the greatest correspondence and having the detected amount of light within the first **sensor value** | | information and/or operations in a series of levels" <br><br> **"information"**: plain and ordinary meaning <br><br><br> **"social signature"**: "raw or processed data and/or other information based on sensors" | within each social template" <br><br> **"information"**: "a report about a single event that results from comparison of sensor data with social templates" <br><br> **"social signature"**: "combination of sensor data indicative of a type of activity" | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **range** and the detected sound level within the second **sensor value range**, and provides to at least one member of the predetermined **social hierarchy** only as much **information** as allowed based on the retrieved **social template**, wherein, for at least one of the **social templates**, each level of the **social hierarchy** corresponds to a corresponding different social networking service, and the processor automatically **provides different updates** to each of the social networking services as allowed based on the one **social template**. | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| <u>Claim 3</u><br><br>The system of claim 1, wherein, for at least one of the **social templates**, there is a single level of **social hierarchy** for a social networking service, and the processor automatically **provides an update** to the social networking service.<br><br><u>Claim 5</u><br><br>A system to automatically **provide differing levels of information** according to a predetermined **social hierarchy**, comprising:<br>a communication device comprising a sensor set which detects sensor data including a **first detected sensor value** comprising an amount | | **"provided…/provides /providing an update"**: plain and ordinary meaning | **"provided…/provides /providing an update"**: "sent/ sends/sending information indicating a user's status" | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| of light of an environment of the communication device detected by an optical sensor and a **second detected sensor value** comprising a sound level of the environment of the communication device detected by an acoustic sensor, and transmits the detected sensor data; a memory which stores **social templates**, each **social template** corresponding to a **unique social signature** comprising a first **sensor value range** and a second **sensor value range** other than the first **sensor value range** and each **social template** being selectable to provide, | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| for each level of the predetermined **social hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; and a server comprising a processor which receives the sensor data transmitted from the communication device, creates a detected **social signature** from the received sensor data, determines which of the **social signatures** of the stored **social templates** has a greatest correspondence with the created **social signature**, retrieves from the memory the determined one **social template** having the | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| greatest correspondence and having the detected amount of light within the first **sensor value range** and the detected sound level within the **second sensor value range** through comparison of the **first and second detected sensor values** and the first and second **sensor value ranges** of each stored **social template**, and provides to at least one member of the predetermined **social hierarchy** only as much **information** as allowed based on the retrieved **social template**, wherein, at least one of the **social templates** corresponds to an emergency, and when the processor detects an | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| emergency situation from a correspondence of the detected **social signature** and the one **social template** for the emergency, the processor automatically provides **information** related to the emergency to predetermined emergency services, friends and/or family members according to the detected emergency situation. <br><br> Claim 6 <br><br>    The system of claim 5, wherein the processor automatically provides the **information** related to the detected emergency situation using text, email and/or voice messaging. | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 14<br><br>A communication system to automatically **provide differing levels of information** according to a predetermined **social hierarchy**, the communication system comprising:<br>a memory which stores **social templates**, each **social template** corresponding to a **unique social signature** comprising a first **sensor value range** and a second **sensor value range** other than the first **sensor value range** and each **social template** being selectable to provide, for each level of the predetermined **social** | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; a communication device comprising: a sensor set which detects sensor data including a **first detected sensor value** comprising an amount of light of an environment of the communication device detected by an optical sensor and a **second detected sensor value** comprising a sound level of the environment of the communication device detected by an acoustic sensor, | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| a processor which provides to at least one member of the predetermined **social hierarchy** only as much **information** as allowed based on a retrieved **social template**, a transceiver which provides communication with respect to external devices, and sends the **information** based on in a retrieved **social template** under the control of the processor, and a housing which houses the sensor set, the processor, and the transceiver; and a server having another processor which creates | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| a detected **social signature** from the detected sensor data, determines which of the **social signatures** of the **social templates** has a greatest correspondence with the created **social signature** through comparison of the **first and second detected sensor values** and the first and second **sensor value ranges** of each stored **social template**, retrieves from the memory the determined one **social template** having the greatest correspondence and having the detected amount of light within the first **sensor value range** and the detected sound level within the second **sensor value** | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **range**, and provides the retrieved **social template** to the communication device, wherein, for at least one of the **social templates**, each level of the **social hierarchy** corresponds to a corresponding different social networking service, and the processor automatically **provides different updates** to each of the social networking services as allowed based on the one **social template**.<br><br>Claim 16<br><br>    The communication system of claim 14, wherein, for at least one of the **social templates**, there is a single level of **social** | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **hierarchy** for a social networking service, and the processor automatically **provides an update** to the social networking service.<br><br>Claim 30<br><br>    A method of automatically **providing differing levels of information** according to a predetermined **social hierarchy**, the method comprising: constructing a **social signature** using sensor data sensed by a sensor set in a communication device, the sensor data comprising a **first detected sensor value** comprising an amount of light of an environment of the communication device | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| detected by an optical sensor and a **second detected sensor value** comprising a sound level of the environment of the communication device detected by an acoustic sensor; determining which one of a plurality of **social templates** has a **social signature** with a greatest correspondence with the constructed **social signature** through comparison of the **first and second detected sensor values** and first and second **sensor value ranges** of each stored **social template**, each **social template** corresponding to a **unique social signature** comprising corresponding first and | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| second **sensor value ranges** and each **social template** being selectable to provide, for each level of the predetermined **social hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; retrieving from a memory the determined one **social template** having the greatest correspondence and having the detected amount of light within the first **sensor value range**, and the detected sound level within the second **sensor value range**; and **providing an update** to a social networking | | | | |

| '514 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| service including only as much **information** as allowed based on the retrieved **social template**.<br><br>Claim 33<br><br>    A non-transitory computer readable medium encoded with processing instructions to implement the method of claim 30 executed by one or more processors. | | | | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| <u>Claim 1</u><br><br>    A server in communication with a communication device via a network and which automatically **provides differing levels of information** according to a predetermined **social hierarchy**, the server comprising:<br>a memory which stores **social templates**, each **social template** corresponding to a **unique social signature** comprising a first **sensor value range** and a second **sensor value range** other than the first **sensor value range** and each **social template** being | | **"provide/provides/ providing differing levels of information"**: plain and ordinary meaning<br><br>**"social template"**: "parameters and/or information for analysis of social signatures"<br><br>**"unique social signature"**: "social signature associated with a specific social template at the time of processing"<br><br>**"sensor value range"**: plain and ordinary meaning | **"provide/provides/ providing differing levels of information"**: "send/ sends/sending information in varying levels of granularity"<br><br>**"social template"**: "data structure storing a social signature and a social hierarchy"<br><br>**"unique social signature"**: "combination of sensor data indicative of a type of activity and that is unique"<br><br>**"sensor value range"**: "range of measurements between | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| selectable to provide, for each level of the predetermined **social hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; a processor which receives from the communication device sensor data received from a sensor set of the communication device which detects sensor data including a **first detected sensor value** comprising optical information detected by an optical sensor of the sensor set which detects an amount of light of an environment of the communication device and a **second detected** | | **"social hierarchy"**: "an arrangement of persons, things, information and/or operations in a series of levels"<br><br>**"information"**: plain and ordinary meaning<br><br><br><br>**"first detected sensor value"**: plain and ordinary meaning | two values"<br><br>**"social hierarchy"**: "ordered ranking of social groups defined within each social template"<br><br>**"information"**: "a report about a single event that results from comparison of sensor data with social templates"<br><br>**"first detected sensor value"**: "one of multiple possible light measurements between a high and low value used to develop a social signature." | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **sensor value** comprising acoustic information detected by an acoustic sensor of the sensor set which detects a sound level of the environment of the communication device, creates a detected **social signature** from the received sensor data, determines which of the **social signatures** of the **social templates** has a greatest correspondence with the created **social signature** through comparison of the **first and second detected sensor values** and the first and second **sensor value ranges** of each stored **social template**, retrieves from the memory the determined one **social template** | | **"second detected sensor value"**: plain and ordinary meaning<br><br><br><br><br><br><br>**"social signature"**: "raw or processed data and/or other information based on sensors" | **"second detected sensor value"**: "one of multiple possible acoustic measurements between a high and low value used to develop a social signature."<br><br><br>**"social signature"**: "combination of sensor data indicative of a type of activity" | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| having the greatest correspondence and having the detected amount of light within the first **sensor value range** and the detected sound level within the second **sensor value range**, and provides to at least one member of the predetermined **social hierarchy** only as much information as allowed based on the retrieved **social template**; and<br>a transceiver which receives the sensor data from the sensor set in the communication device, and provides under the control of the processor to at least one of the members of the predetermined **social hierarchy** only as much | | | | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **information** as allowed based on the retrieved **social template**.<br><br>Claim 3<br><br>    The server of claim 1, wherein:<br>the levels of the **social hierarchy** of the retrieved **social template** include:<br>a first **social hierarchy** level which provides one level of **information** as selected in the retrieved **social template**,<br>a second **social hierarchy** level which provides another level of **information** as selected in the retrieved **social** | | | | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **template**, and a third **social hierarchy** level which provides a further level of **information** as selected in the retrieved **social template**; and the processor detects to which of the first **social hierarchy** level, the second **social hierarchy** level, and the third **social hierarchy** level each member belongs, and provides only as much **information** as allowed by the detected **social hierarchy** level.<br><br>Claim 8<br><br>The server of claim 1, wherein, for at least one of the **social templates**, there is a single level of **social** | | | | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **hierarchy** for a social networking service, and the processor automatically **provides an update** to the social networking service.<br><br>Claim 10<br><br>    The server of claim 1, wherein, at least one of the **social templates** corresponds to an emergency, and when the processor detects an emergency situation from the detected **social signature**, the processor automatically provides **information** related to the emergency to predetermined emergency services, friends and/or family members according to the detected emergency situation. | | **"provided…/provides /providing an update"**: plain and ordinary meaning | **"provided…/provides /providing an update"**: "sent/ sends/sending information indicating a user's status" | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| <u>Claim 19</u><br><br>    A method of automatically **providing differing levels of information** according to a predetermined **social hierarchy** within a server, the method comprising: constructing a **social signature** within the server using sensor data sensed by a sensor set in a communication device external to the server, the sensor data including a **first detected sensor value** comprising optical information from an optical sensor of the sensor set which detects an amount of light of an environment of the communication device and a **second detected** | | | | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **sensor value** comprising acoustic information from an acoustic sensor of the sensor set which detects a sound level of the environment of the communication device; determining within the server which one of a plurality of **social templates** has a **social signature** with a greatest correspondence with the constructed **social signature** through comparison of the **first and second detected sensor values** and first and second **sensor value ranges** of each **social template**, each **social template** corresponding to a **unique social signature** comprising | | | | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| corresponding first and second **sensor value ranges** and each **social template** being selectable to provide, for each level of the predetermined **social hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; and retrieving from a memory of the server the determined one **social template** having the greatest correspondence and having the detected amount of light within the first **sensor value range** and the detected sound level within the second **sensor value range**, wherein only as much **information** as | | | | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| allowed based on the retrieved **social template** will be provided to at least one member of the predetermined **social hierarchy**.<br><br>Claim 23<br><br>The method of claim 19, wherein the **information** to be provided comprises an update to a social networking service as allowed based on the retrieved **social template**.<br><br>Claim 26<br><br>The method of claim 19, further comprising detecting an emergency from the constructed **social signature** wherein the | | | | |

| '523 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **information** to be provided comprises **information** related to the emergency which is to be selectively provided to predetermined emergency services, friends and/or family members according to the detected emergency situation using one of the **social templates**. | | | | |

U.S. Patent No. 8,311,524 ("the '524 Patent")

| '524 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 1<br><br>A method of automatically **providing differing levels of information** according to a predetermined **social hierarchy**, the method comprising: receiving sensor data transmitted from a sensor set producing the sensor data, the sensor data including a **first detected sensor value** comprising optical information from an optical sensor of the sensor set which detects an amount of light of an environment of the communication device and a **second detected sensor value** | | **"provide/provides/ providing differing levels of information"**: plain and ordinary meaning<br><br><br><br><br><br>**"first detected sensor value"**: plain and ordinary meaning | **"provide/provides/ providing differing levels of information"**: "send/ sends/sending information in varying levels of granularity"<br><br><br><br>**"first detected sensor value"**: "one of multiple possible light measurements between a high and low value used to develop a social signature." | |

| '524 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| comprising acoustic information from an acoustic sensor of the sensor set which detects a sound level of the environment of the communication device; constructing a **social signature** using the received sensor data; determining which one of a plurality of stored **social templates** has a **social signature** with a greatest correspondence with the constructed **social signature** through comparison of the **first and second detected sensor values** and first and second **sensor value ranges** of each **social template**, each stored **social template** corresponding to a **unique social** | | **"second detected sensor value"**: plain and ordinary meaning<br><br>**"social signature"**: "raw or processed data and/or other information based on sensors"<br><br>**"social template"**: "parameters and/or information for analysis of social signatures" | **"second detected sensor value"**: "one of multiple possible acoustic measurements between a high and low value used to develop a social signature."<br><br>**"social signature"**: "combination of sensor data indicative of a type of activity"<br><br>**"social template"**: "data structure storing a social signature and a social hierarchy" | |

| '524 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **signature** comprising corresponding first and second **sensor value ranges** and each **social template** being selectable to provide, for each level of the predetermined **social hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; and retrieving from a memory the determined one **social template** having the greatest correspondence and having the detected amount of light within the first **sensor value range** and the detected sound level within the second **sensor value range**, wherein at least | | **"sensor value range"**: plain and ordinary meaning | **"sensor value range"**: "range of measurements between two values" | |
| | | **"unique social signature"**: "social signature associated with a specific social template at the time of processing" | **"unique social signature"**: "combination of sensor data indicative of a type of activity and that is unique" | |
| | | **"social hierarchy"**: "an arrangement of persons, things, information and/or operations in a series of levels" | **"social hierarchy"**: "ordered ranking of social groups defined within each social template" | |
| | | **"information"**: plain and ordinary meaning | **"information"**: "a report about a single event that results from comparison of sensor | |

| '524 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| one member of the predetermined **social hierarchy** is provided only as much **information** as allowed based on the retrieved **social template**.<br><br>Claim 7<br><br>    The method of claim 1, wherein the **information** provided by the retrieved **social template** is an update to a social networking service as allowed based on the retrieved **social template**. | | | data with social templates" | |

U.S. Patent No. 8,315,619 ("the '619 Patent")

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 1<br><br>    A communication system in communication with a communication device via a network and which automatically **provides differing levels of information** according to a predetermined **social hierarchy**, the communication system comprising:<br>a memory which stores **social templates**, each **social template** corresponding to a **unique social signature** comprising a first **sensor value range** and a second **sensor value range** other than the first **sensor value range** and each **social** | | **"provide/provides/ providing differing levels of information"**: plain and ordinary meaning<br><br><br>**"social template"**: "parameters and/or information for analysis of social signatures"<br><br>**"unique social signature"**: "social signature associated with a specific social template at the time of processing" | **"provide/provides/ providing differing levels of information"**: "send/ sends/sending information in varying levels of granularity"<br><br>**"social template"**: "data structure storing a social signature and a social hierarchy"<br><br>**"unique social signature"**: "combination of sensor data indicative of a type of activity and that is unique" | |

-47-

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **template** being selectable to provide, for each level of the predetermined **social hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; and a server comprising a processor which receives from the communication device sensor data received from a sensor set of the communication device which detects sensor data including a **first detected sensor value** from a first sensor and a **second detected sensor value** from a second sensor related to an environment of the communication device, | | **"sensor value range"**: plain and ordinary meaning<br><br>**"social hierarchy"**: "an arrangement of persons, things, information and/or operations in a series of levels"<br><br>**"information"**: plain and ordinary meaning<br><br>**"first detected sensor value"**: plain and ordinary meaning | **"sensor value range"**: "range of measurements between two values"<br><br>**"social hierarchy"**: "ordered ranking of social groups defined within each social template"<br><br>**"information"**: "a report about a single event that results from comparison of sensor data with social templates"<br><br>**"first detected sensor value"**: "one of multiple possible light measurements between a high and low value used to develop a social signature." | |

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| creates a detected **social signature f**rom the received sensor data, determines which of the **social signatures** of the **social templates** has a greatest correspondence with the created **social signature** through comparison of the **first and second detected sensor values** and the first and second **sensor value ranges** of each stored **social template**, retrieves from the memory the determined one **social template** having the greatest correspondence, and provides to at least one member of the predetermined **social hierarchy** only as much **information** as allowed based on the retrieved | | **"second detected sensor value"**: plain and ordinary meaning<br><br>**"social signature"**: "raw or processed data and/or other information based on sensors" | **"second detected sensor value"**: "one of multiple possible acoustic measurements between a high and low value used to develop a social signature."<br><br>**"social signature"**: "combination of sensor data indicative of a type of activity" | |

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **social template**; and a transceiver which receives the sensor data from the sensor set in the communication device, and provides under the control of the processor to at least one of the member of the predetermined **social hierarchy** only as much **information** as allowed based on the retrieved **social template**, wherein: the **first detected sensor value** of the sensor data comprises optical information from an optical sensor of the sensor set which detects an amount of light of the environment of the communication device, and the **second detected sensor value** | | | | |

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| of the sensor data comprises acoustic information from an acoustic sensor of the sensor set which detects a sound level of the environment of the communication device, and<br><br>the processor retrieves from the memory the determined one **social template** having the detected amount of light within the first **sensor value range**, and the detected sound level within the second **sensor value range**.<br><br>Claim 3<br><br>The communication system of claim 1, wherein: the levels of the **social hierarchy** of the | | | | |

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| retrieved **social template** include:<br>a first **social hierarchy** level which provides one level of **information** as selected in the retrieved **social template**,<br>a second **social hierarchy** level which provides another level of **information** as selected in the retrieved **social template**, and<br>a third **social hierarchy** level which provides a further level of **information** as selected in the retrieved **social template**; and<br>the processor determines a level value of each | | | | |

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| member by comparing the member with members assigned to having the first **social hierarchy** level, the second **social hierarchy** level, and the third **social hierarchy** level, and provides only as much **information** as allowed by the determined **social hierarchy** level.<br><br>Claim 8<br><br>    The communication system of claim 1, wherein, for at least one of the **social templates**, there is a single level of **social hierarchy** for a social networking service, and the processor automatically **provides an update** to the social networking service. | | **"provided…/provides /providing an update"**:  plain and ordinary meaning | **"provided…/provides /providing an update"**: "sent/ sends/sending information indicating a user's status" | |

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 19<br><br>A method of automatically **providing differing levels of information** according to a predetermined **social hierarchy**, the method comprising:<br>receiving sensor data at a server from a communication device having a sensor set producing the sensor data including a **first detected sensor value** from a first sensor and a **second detected sensor value** from a second sensor related to an environment of the communication device, the **first detected sensor value** of the sensor data comprising | | | | |

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| optical information from an optical sensor of the sensor set which detects an amount of light of the environment of the communication device, and the **second detected sensor value** of the sensor data comprising acoustic information from an acoustic sensor of the sensor set which detects a sound level of the environment of the communication device; constructing a **social signature** using the received sensor data; determining which one of a plurality of **social templates** has a **social signature** with a greatest correspondence with the constructed **social signature** | | | | |

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| through comparison of the **first and second detected sensor values** and first and second **sensor value ranges** of each **social template**, each **social template** corresponding to a **unique social signature** comprising corresponding first and second **sensor value ranges** and each **social template** being selectable to provide, for each level of the predetermined **social hierarchy**, a corresponding differing amount of **information** to each member of the predetermined **social hierarchy**; and retrieving from a memory the determined one **social template** having | | | | |

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| the greatest correspondence and having the detected amount of light within the first **sensor value range**, and the detected sound level within the second **sensor value range**, wherein at least one member of the predetermined **social hierarchy** is provided only as much **information** as allowed based on the retrieved **social template**.<br><br>Claim 23<br><br>    The method of claim 19, wherein the **information provided** by the retrieved **social template** is **an update** to a social networking service as allowed based on the | | | | |

| '619 Patent Claim | Agreed Proposed Construction | e.Digital's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| retrieved **social template**.<br><br>Claim 32<br><br>A non-transitory computer readable medium encoded with processing instructions to implement the method of claim 19 executed by one or more processors. | | | | |