Anton N. Handal (Bar No. 113812)
anh@handal-law.com
Gabriel G. Hedrick (Bar No. 220649)
ghedrick@handal-law.com
Lauren G. Wilkinson (Bar No. 286212)
lwilkinson@handal-law.com
HANDAL & ASSOCIATES
750 B. Street, Suite 2510
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
E.DIGITAL CORPORATION

Christopher S. Marchese
marchese@fr.com
Olga May
omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Roger Borovoy
borovoy@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5021
Facsimile: (650) 839-5071

Attorneys for Defendant
ARCSOFT, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ArcSoft, Inc., dba as Closeli and as simplicam.<br><br>    Defendant. | Case No. 3:15-cv-00056-BEN-DHB<br><br>**AMENDMENT TO JOINT HEARING STATEMENT**<br>**[PATENT LOCAL RULE 4.2]**<br><br>Judge: Hon. Judge Roger T. Benitez<br>Ctrm: 5A (5th Floor – Schwartz)<br>Hearing: January 21, 2016<br>Time: 9:30 a.m. |

On November 30, 2015, Judge Tigar issued a claim construction order in *e.Digital Corporation v. Dropcam, Inc.*, Case Number: 3:14-cv-04922-JST ("the Dropcam Case"), pending in the Northern District of California. The five patents asserted in this case are also asserted in the DropCam Case. The claim construction order includes constructions for several of the same terms proposed for construction in the present case.

After reviewing the order and meeting and conferring on October 2 and 3, 2015, Plaintiff e.Digital Corporation ("Plaintiff" or "e.Digital") and Defendant ArcSoft, Inc. ("Defendant" or "ArcSoft") (collectively, the "Parties") submit this Amendment to the Joint Hearing Statement originally filed October 26, 2015.

To reduce the number of issues in dispute and without waiving any other rights, the Parties agree to the following claim constructions, which were initially disputed:

| Claim Term or Phrase | Agreed Construction |
| --- | --- |
| sensor value range | "range of measurements between two values" |
| information | Plain and ordinary meaning |
| provided…/provide/provides an update | Plain and ordinary meaning |
| provide/provides/providing differing levels of information | Plain and ordinary meaning |

In addition, the parties agree that, since the Parties are already requesting a construction of the term "social signature," the term "unique social signature" need not be separately construed. The construction of "social signature" will apply to the corresponding part of "unique social signature," and "unique" will be construed according to its plain and ordinary meaning.

Finally, ArcSoft modifies its previously proposed constructions of "social

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

template" and "social hierarchy" to be as follows:

| Claim Term or Phrase | ArcSoft's Modified Proposed Construction |
|---|---|
| "social template" | "data structure associated with a social hierarchy and a social signature" |
| "social hierarchy" | "an arrangement of persons or their representations in a series of ordered levels" |

Plaintiff e.Digital will argue its originally proposed constructions for these terms as well as all other terms whose constructions remain in dispute.

**HANDAL & ASSOCIATES**

Dated: December 4, 2015   By:   /s/Gabriel G. Hedrick
Anton N. Handal
Gabriel G. Hedrick
Lauren G. Wilkinson
Attorneys for Plaintiff
e.Digital Corporation


/s/Christopher S. Marchese

Christopher S. Marchese
marchese@fr.com
Olga May
omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Roger Borovoy
borovoy@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

*AMENDMENT TO JOINT HEARING STATEMENT PURSUANT TO PATENT L.R. 4.2*

Redwood City, CA 94063
Telephone: (650) 839-5021
Facsimile: (650) 839-5071
Attorneys for Defendant
ArcSoft, Inc.

## **ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Gabriel G. Hedrick, attest that the above signatories have read and approved the foregoing and consent to its filing in this action.

By /s/Gabriel G. Hedrick
Gabriel G. Hedrick

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-4-
*AMENDMENT TO JOINT HEARING STATEMENT PURSUANT TO PATENT L.R. 4.2*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4.d. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 4th day of December, 2015 at San Diego, California.

/s/Gabriel G. Hedrick
Gabriel G. Hedrick

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-5-
*AMENDMENT TO JOINT HEARING STATEMENT PURSUANT TO PATENT L.R. 4.2*